**THIS ORDER IS SIGNED AND ENTERED.**

Dated: February 26, 2020



**Hon. Brett H. Ludwig**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In Re:

Craig Robert Polzin and
Christine Lynne Hollatz-Polzin,

    Debtors.

Case No.: 19-11873

R & R Flooring and Furniture, LLC,

    Plaintiff,

v.

Craig Robert Polzin,
Christine Lynne Hollatz-Polzin and
Athens Lumber, LLC

    Defendants.

Case No.: 19-64

## JUDGMENT IN AN ADVERSARY PROCEEDING

The court has ordered that:

The defendants' debt to the plaintiff is excepted from discharge in the amount of $9,217.50 pursuant to 11 U.S.C. sec. 523(a)(4).

# # #